# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JIMMY ASHLEY**                                                                                        **PLAINTIFF**

**VS.**                             **CASE NO. 3:08CV0022 JMM**

**VIKING CAPITAL, LLC.**                                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED this  4   day of December, 2008.


_____
James M. Moody
United States District Judge